**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-36** |
| | ) | |
| **STEPHEN STEWART** | ) | |

# AGREED FACTUAL BASIS

This Agreed Factual Basis briefly summarizes sufficient facts and circumstances surrounding the criminal conduct of Stephen Stewart in this case to establish a factual basis for a plea of guilty. It does not contain all the information obtained during the investigation or all the information applicable to an accurate Presentence Investigation Report or a Sentencing Guidelines calculation. This Agreed Factual Basis is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

Stephen Stewart, in the Western District of Virginia and elsewhere, (1) knowingly conspired with others to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, (2) possessed with intent to distribute a mixture of substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, and (3) possessed a firearm in furtherance of drug trafficking crime.

During the times relevant to the Indictment, Stewart utilized co-conspirators to travel to West Virginia to purchase methamphetamine on his behalf. These co-conspirators traveled to West Virginia several times to purchase either one-quarter pound or one pound of methamphetamine on Stewart's behalf for redistribution in the Western District of Virginia. For one such trip, Stewart gave a co-conspirator both a firearm and methamphetamine as payment in exchange for the methamphetamine the co-conspirator obtained from the source in West Virginia.

Stewart also traveled to the source in West Virginia to purchase distribution quantities of methamphetamine and fentanyl. On or about September 17, 2024, law enforcement observed a vehicle Stewart was occupying travel from the Western District of Virginia to West Virginia, and back. Law enforcement stopped and searched the vehicle and its contents, including a black bag that Stewart had previously been carrying. Nearly 890 grams of methamphetamine mixture and over 15 grams of fentanyl mixture were recovered from the backpack. In or about April 2025, one co-conspirator drove Stewart to West Virginia, where Stewart purchased approximately one pound of methamphetamine and one-half an ounce of fentanyl.

Stewart also purchased methamphetamine from another co-conspirator on approximately ten occasions. On one or two occasions, Stewart purchased a quarter

pound of methamphetamine from this individual. On other occasions, he purchased one- or two-ounce quantities.

On or about Mary 4, 2023, in the Western District of Virginia, Stewart sold an individual methamphetamine and a .45 caliber pistol. Stewart had previously obtained the firearm in exchange for a half ounce of methamphetamine, cash, and a Marlin .22 firearm. On or about January 30, 2024, in the Western District of Virginia, Stewart sold the same individual methamphetamine and a 9mm pistol. On or about April 25, 2024, in the Western District of Virginia, Stewart sold the same individual methamphetamine and a .38 caliber revolver. Stewart would also give other individuals methamphetamine in exchange for guns.

Stewart has been previously convicted of the following serious drug felonies, as defined and set forth under 21 U.S.C. §§ 802, 841, & 851, and controlled substance offenses, as defined and set forth under United States Sentencing Guidelines §§ 4B1.1, 4B1.2: (1) a conviction entered on or about December 16, 2019, in the Circuit Court of Scott County, Virginia, for two counts of felony selling/distributing for profit Schedule I/II controlled substances, on or about May 11, 2018, and May 14, 2018, respectively, all in violation of Va. Code § 18.2-248; and (2) a conviction entered on or about February 20, 2020, in the Circuit Court of Wise County, Virginia, for one count of felony distributing Schedule I/II controlled substances, on or about January 11, 2019, in violation of Va. Code § 18.2-248.

This is not all the government's evidence, but it establishes the elements of the charge to which Stewart is pleading guilty.

By signing below, Stewart affirms that he has reviewed this Agreed Factual Basis with his attorney, and that he agrees it is true and accurate. He further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

Oct 22, 2025
Date

Stephen Stewart
Defendant

Oct 22, 2025
Date

Timothy McAfee, Esq.
Attorney for Defendant

October 22, 2025
Date

Carrie Macon
Corey Hall
Assistant United States Attorneys