FILED IN OPEN COURT
DATE _____
BY _____
_____ DEPUTY CLERK
_____ DIVISION, W.D. of VA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

v.                                                     Criminal Action No. 1:25CR36

STEPHEN STEWART

In the presence of Timothy McAfee, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and **COUNTS 1,3 and 9** thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

Nov 6, 2025
Date

_____
Witness